| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**Robison C. McGuire** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>**[11 U.S.C. § 521(a)(1)(B)(iv)]** |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.   ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   04/02/2026     **Robison C. McGuire**
                            Printed name of Debtor 1

_____
Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                                       Printed name of Debtor 2                              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Albertson's LLC**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 828 |
| Pay Begin Date: | 03/23/2026 |
| Pay End Date: | 03/29/2026 |

| | |
|---|---|
| Advice #: | 281-4368920 |
| Advice Date: | 04/02/2026 |

**Robison C Mcguire**
2080 Newport Blvd #101
Costa Mesa, CA 92627
XXX-XX-2859

| | |
|---|---|
| Employee ID: | 6214390 |
| Department: | 1157A301 |
| Location: | 1157A |
| Job Title: | Food Clerk |
| Pay Rate: | $28.950 Hourly |

**TAX DATA:**

| | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Exempt |
| Claim Dep. Amt.: | | |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.950 | 39.93 | 1,155.97 | 446.53 | 12,783.59 |
| Overtime 1.5 | 43.389 | 0.18 | 7.81 | 6.93 | 296.66 |
| **Total Hours Worked** | | **40.11** | | **453.46** | |
| MPA Late Lunch | 28.950 | 1.00 | 28.95 | 1.00 | 28.95 |
| Holiday | | | 0.00 | 8.00 | 227.60 |
| Anniversary Vacation | | | 0.00 | 80.00 | 2,316.00 |
| Unused Sick Pay | | | 0.00 | 40.00 | 1,158.00 |
| **TOTAL:** | | | **1,192.73** | | **16,810.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 100.39 | 1,532.94 |
| Fed MED/EE | 17.20 | 241.97 |
| Fed OASDI/EE | 73.53 | 1,034.63 |
| CA Withholdng | 0.00 | 0.00 |
| CA OASDI/EE | 15.42 | 216.94 |
| **TOTAL:** | **206.54** | **3,026.48** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hlth Contr Pretax | 6.80 | 123.20 |
| **TOTAL:** | **6.80** | **123.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Political Fund | 1.00 | 13.00 |
| Union Dues | 15.30 | 198.90 |
| We Care | 1.00 | 13.00 |
| **TOTAL:** | **17.30** | **224.90** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,192.73 | 1,185.93 | 206.54 | 24.10 | 962.09 |
| YTD | 16,810.80 | 16,687.60 | 3,026.48 | 348.10 | 13,436.22 |

### LEAVE BALANCES

| | | |
|---|---|---|
| State Law Sick | 0.00 | Hours |
| SICK | 48.00 | Hours |
| Vac - Current | 0.00 | Hours |
| Sick Ord Local | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4368920 | Checking | XXXXXX4996 | 962.09 |
| **TOTAL:** | | | **962.09** |

Employer: Albertson's LLC, 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Albertson's LLC**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 628 |
| Pay Begin Date: | 09/29/2025 |
| Pay End Date: | 10/05/2025 |

| Advice #: | 281-4125128 |
| Advice Date: | 10/09/2025 |

**Robison C Mcguire**
2080 Newport Blvd #101
Costa Mesa, CA 92627
XXX-XX-2859

| Employee ID: | 6214390 |
| Department: | 1157A301 |
| Location: | 1157A |
| Job Title: | Food Clerk |
| Pay Rate: | $27.750 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Exempt |
| Claim Dep. Amt.: | | |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 27.750 | 39.98 | 1,109.45 | 1,462.80 | 39,361.50 | Fed Withholdng | 95.92 | 2,205.22 |
| Sunday Regular Hours | | 0.00 | | 63.87 | 1,708.52 | Fed MED/EE | 16.32 | 684.55 |
| Holiday Worked | | 0.00 | | 16.00 | 436.00 | Fed OASDI/EE | 69.81 | 2,927.06 |
| Overtime 1.5 | 41.627 | 0.59 | 24.56 | 39.78 | 1,602.60 | CA Withholdng | 0.00 | 424.85 |
| Sunday Overtime | | 0.00 | | 1.71 | 68.77 | CA OASDI/EE | 13.51 | 566.53 |
| Holiday Worked Overtime | | 0.00 | | 0.40 | 21.71 | | | |
| **Total Hours Worked** | | **40.57** | | **1,584.56** | | | | |
| Second Shift Premium | | 0.00 | | 0.28 | 0.21 | | | |
| Sunday Premium | | 0.00 | | 63.87 | 63.87 | | | |
| Holiday | | 0.00 | | 40.00 | 1,078.00 | | | |
| Anniversary Vacation | | 0.00 | | 80.00 | 2,140.00 | | | |
| Retro - Contract | | 0.00 | | | 1,041.49 | | | |
| **TOTAL:** | | | **1,134.01** | | **47,522.67** | **TOTAL:** | **195.56** | **6,808.21** |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Hlth Contr Pretax | 8.00 | 312.00 | Union Political Fund | 1.00 | 40.00 | | | |
| | | | Union Dues | 15.00 | 600.00 | | | |
| | | | We Care | 1.00 | 40.00 | | | |
| **TOTAL:** | **8.00** | **312.00** | **TOTAL:** | **17.00** | **680.00** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,134.01 | 1,126.01 | 195.56 | 25.00 | 913.45 |
| YTD | 47,522.67 | 47,210.67 | 6,808.21 | 992.00 | 39,722.46 |

## LEAVE BALANCES

| State Law Sick | 0.00 | Hours |
| SICK | 48.00 | Hours |
| Vac - Current | 0.00 | Hours |
| Sick Ord Local | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4125128 | Checking | XXXXX5239 | 913.45 |
| **TOTAL:** | | | **913.45** |

Employer: Albertson's LLC, 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Albertson's LLC**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 628 |
| Pay Begin Date: | 09/08/2025 |
| Pay End Date: | 09/14/2025 |

| Advice #: | 281-4096379 |
| Advice Date: | 09/18/2025 |

**Robison C Mcguire**
2080 Newport Blvd #101
Costa Mesa, CA 92627
XXX-XX-2859

| Employee ID: | 6214390 |
| Department: | 1157A301 |
| Location: | 1157A |
| Job Title: | Food Clerk |
| Pay Rate: | $27.750 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Exempt |
| Claim Dep. Amt.: | | |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 27.750 | 40.00 | 1,110.00 | 1,422.82 | 38,252.05 | Fed Withholdng | 94.94 | 2,109.30 |
| Sunday Regular Hours | | 0.00 | | 63.87 | 1,708.52 | Fed MED/EE | 16.21 | 668.23 |
| Holiday Worked | | 0.00 | | 16.00 | 436.00 | Fed OASDI/EE | 69.31 | 2,857.25 |
| Overtime 1.5 | 41.632 | 0.38 | 15.82 | 39.19 | 1,578.04 | CA Withholdng | 0.00 | 424.85 |
| Sunday Overtime | | 0.00 | | 1.71 | 68.77 | CA OASDI/EE | 13.42 | 553.02 |
| Holiday Worked Overtime | | 0.00 | | 0.40 | 21.71 | | | |
| **Total Hours Worked** | | **40.38** | | **1,543.99** | | | | |
| Second Shift Premium | | 0.00 | | 0.28 | 0.21 | | | |
| Sunday Premium | | 0.00 | | 63.87 | 63.87 | | | |
| Holiday | | 0.00 | | 40.00 | 1,078.00 | | | |
| Anniversary Vacation | | 0.00 | | 80.00 | 2,140.00 | | | |
| Retro - Contract | | 0.00 | | | 1,041.49 | | | |
| **TOTAL:** | | | **1,125.82** | | **46,388.66** | **TOTAL:** | **193.88** | **6,612.65** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Hlth Contr Pretax | 8.00 | 304.00 | Union Political Fund | 1.00 | 39.00 | | | |
| | | | Union Dues | 15.00 | 585.00 | | | |
| | | | We Care | 1.00 | 39.00 | | | |
| **TOTAL:** | **8.00** | **304.00** | **TOTAL:** | **17.00** | **663.00** | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,125.82 | 1,117.82 | 193.88 | 25.00 | 906.94 |
| YTD | 46,388.66 | 46,084.66 | 6,612.65 | 967.00 | 38,809.01 |

| LEAVE BALANCES | | |
|---|---|---|
| State Law Sick | 0.00 | Hours |
| SICK | 48.00 | Hours |
| Vac - Current | 0.00 | Hours |
| Sick Ord Local | 0.00 | Hours |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| Payment Type | Account Type | Account Number | Amount |
| Advice #4096379 | Checking | XXXXX5239 | 906.94 |
| **TOTAL:** | | | **906.94** |

Employer: Albertson's LLC, 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Albertson's LLC**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 628 |
|---|---|
| Pay Begin Date: | 09/08/2025 |
| Pay End Date: | 09/14/2025 |

| Advice #: | 281-4096379 |
|---|---|
| Advice Date: | 09/18/2025 |

**Robison C Mcguire**
2080 Newport Blvd #101
Costa Mesa, CA 92627
XXX-XX-2859

| Employee ID: | 6214390 |
|---|---|
| Department: | 1157A301 |
| Location: | 1157A |
| Job Title: | Food Clerk |
| Pay Rate: | $27.750 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Exempt |
| Claim Dep. Amt.: | | |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 27.750 | 40.00 | 1,110.00 | 1,422.82 | 38,252.05 |
| Sunday Regular Hours | | 0.00 | | 63.87 | 1,708.52 |
| Holiday Worked | | 0.00 | | 16.00 | 436.00 |
| Overtime 1.5 | 41.632 | 0.38 | 15.82 | 39.19 | 1,578.04 |
| Sunday Overtime | | 0.00 | | 1.71 | 68.77 |
| Holiday Worked Overtime | | 0.00 | | 0.40 | 21.71 |
| **Total Hours Worked** | | **40.38** | | **1,543.99** | |
| Second Shift Premium | | 0.00 | | 0.28 | 0.21 |
| Sunday Premium | | 0.00 | | 63.87 | 63.87 |
| Holiday | | 0.00 | | 40.00 | 1,078.00 |
| Anniversary Vacation | | 0.00 | | 80.00 | 2,140.00 |
| Retro - Contract | | 0.00 | | | 1,041.49 |
| **TOTAL:** | | | **1,125.82** | | **46,388.66** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 94.94 | 2,109.30 |
| Fed MED/EE | 16.21 | 668.23 |
| Fed OASDI/EE | 69.31 | 2,857.25 |
| CA Withholdng | 0.00 | 424.85 |
| CA OASDI/EE | 13.42 | 553.02 |
| **TOTAL:** | **193.88** | **6,612.65** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hlth Contr Pretax | 8.00 | 304.00 |
| **TOTAL:** | **8.00** | **304.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Political Fund | 1.00 | 39.00 |
| Union Dues | 15.00 | 585.00 |
| We Care | 1.00 | 39.00 |
| **TOTAL:** | **17.00** | **663.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,125.82 | 1,117.82 | 193.88 | 25.00 | 906.94 |
| YTD | 46,388.66 | 46,084.66 | 6,612.65 | 967.00 | 38,809.01 |

## LEAVE BALANCES

| | | |
|---|---|---|
| State Law Sick | 0.00 | Hours |
| SICK | 48.00 | Hours |
| Vac - Current | 0.00 | Hours |
| Sick Ord Local | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #4096379 | Checking | XXXXX5239 | 906.94 |
| **TOTAL:** | | | **906.94** |

Employer: Albertson's LLC, 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Albertson's LLC**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 028 |
| Pay Begin Date: | 03/09/2026 |
| Pay End Date: | 03/15/2026 |

| Advice #: | 281-4349820 |
| Advice Date: | 03/19/2026 |

**Robison C Mcguire**
2080 Newport Blvd #101
Costa Mesa, CA 92627
XXX-XX-2859

| Employee ID: | 6214390 |
| Department: | 1157A301 |
| Location: | 1157A |
| Job Title: | Food Clerk |
| Pay Rate: | $28.950 Hourly |

| TAX DATA: | | Federal | CA St |
|---|---|---|---|
| Tax Status: | | Single | Exer |
| Claim Dep. Amt.: | | | |
| Other Income: | | | |
| Deductions: | | | |
| Extra Withholding: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.950 | 40.00 | 1,158.00 | 366.63 | 10,470.49 |
| Overtime 1.5 | 43.405 | 0.42 | 18.23 | 6.44 | 275.39 |
| **Total Hours Worked** | | **40.42** | | **373.07** | |
| Holiday | | | 0.00 | 8.00 | 227.60 |
| **TOTAL:** | | | **1,176.23** | | **10,973.48** |

### TAXES

| Description | Current | Y |
|---|---|---|
| Fed Withholdng | 98.41 | 886. |
| Fed MED/EE | 16.96 | 157. |
| Fed OASDI/EE | 72.50 | 673. |
| CA Withholdng | 0.00 | 0. |
| CA OASDI/EE | 15.20 | 141. |
| **TOTAL:** | **203.07** | **1,858.** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hlth Contr Pretax | 6.80 | 109.60 |
| **TOTAL:** | **6.80** | **109.60** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Political Fund | 1.00 | 10.00 |
| Union Dues | 15.30 | 153.00 |
| We Care | 1.00 | 10.00 |
| **TOTAL:** | **17.30** | **173.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YT |
|---|---|---|
| | | |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET P/ |
|---|---|---|---|---|---|
| Current | 1,176.23 | 1,169.43 | 203.07 | 24.10 | 949 |
| YTD | 10,973.48 | 10,863.88 | 1,858.64 | 282.60 | 8,832 |

### LEAVE BALANCES

| State Law Sick | 0.00 | Hours |
|---|---|---|
| SICK | 40.00 | Hours |
| Vac - Current | 0.00 | Hours |
| Sick Ord Local | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amo |
|---|---|---|---|
| Advice #4349820 | Checking | XXXXX5239 | 949 |
| **TOTAL:** | | | **949** |

Employer: Albertson's LLC, 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269