United States Bankruptcy Court

Central District of California

In re:

Robison C. McGuire
    Debtor

Case No. 26-11110-SC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8

Date Rcvd: Jul 13, 2026

User: admin

Form ID: 318a

Page 1 of 2

Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robison C. McGuire, 2080 Newport Blvd Apt 101, Costa Mesa, CA 92627-7155 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | | Email/Text: karen.naylor@txitrustee.com | Jul 14 2026 02:11:00 | Karen S Naylor (TR), 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630 |
| smg | | EDI: EDD.COM | Jul 14 2026 06:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 14 2026 06:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43033659 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2026 02:24:46 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43033662 | | Email/Text: collections@cusocal.org | Jul 14 2026 02:11:00 | Credit Union of Southern California, 8101 E Kaiser Blvd Ste 3, Anaheim, CA 92808 |
| 43033660 | | EDI: JPMORGANCHASE | Jul 14 2026 06:11:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 43033661 | | EDI: CITICORP | Jul 14 2026 06:11:00 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 43033663 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2026 02:11:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 43033664 | | EDI: CALTAX.COM | Jul 14 2026 06:11:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 43033665 | | Email/Text: bkservices@frf1.com | Jul 14 2026 02:11:00 | FreedomRoad Financial, PO Box 4597, Oak Brook, IL 60522-4597 |
| 43033666 | | Email/Text: SC_Enforcement_Bankr@globalcu.org | Jul 14 2026 02:11:00 | Global Federal Credit Union, 4000 Credit Union Drive, Anchorage, AK 99503 |
| 43033667 | | EDI: IRS.COM | Jul 14 2026 06:11:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43033668 | | Email/Text: bankruptcy@bbandt.com | Jul 14 2026 02:11:00 | LightStream, Po Box 117320, Atlanta, GA 30368-7320 |
| 43033669 | ^ | MEBN | Jul 14 2026 02:09:12 | Telecom/Utility Self-Reported, PO Box 4500, Allen, TX 75013-1311 |

TOTAL: 14

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2026 | Form ID: 318a | Total Noticed: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026       Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Robison C. McGuire bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Karen S Naylor (TR) | alane@ringstadlaw.com  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robison C. McGuire | Social Security number or ITIN | xxx–xx–2859 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 8:26–bk–11110–SC | | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robison C. McGuire

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/13/26

**Dated:** <u>7/13/26</u>

**By the court:**   <u>Scott C Clarkson</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

8/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 2